IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No.: 5:23-cv-00330-FL

| | | |
|---|---|---|
| MUMINATOU BAH, | ) | |
| | ) | |
| *Plaintiff*, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| SAMPSON BLADEN OIL COMPANY, INC. | ) | |
| D/B/A HAN-DEE HUGO'S, | ) | |
| | ) | |
| *Defendant*. | ) | |

Upon consideration of Parties' Joint Motion to Modify Scheduling Order to Extend Deadline for Completion of Discovery, IT IS HEREBY ORDERED, that the Parties' Motion is GRANTED and all discovery deadlines will be extended by forty-five (45) days.

**SO ORDERED**, this 25th day of January, 2024.

LOUISE W. FLANAGAN
United States District Judge