IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CV-330-FL

| | |
|---|---|
| MUMINATOU BAH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED |
| ) | CASE MANAGEMENT ORDER |
| SAMPSON BLADEN OIL COMPANY, ) | |
| INC. d/b/a Han-Dee Hugo's, ) | |
| ) | |
| Defendant. | |

This matter comes before the court on the parties' joint motion to stay the deadlines for the completion of discovery and filing of dispositive motions. (DE 28). Also pending is plaintiff's motion to compel, for protective order, and for sanctions ("motion to compel"). (DE 26). For good cause shown, the motion to stay is GRANTED. The court orders as follows.

1) Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served at such times and under such circumstances as required by that rule, but in no event later than within **10 days** of the court's ruling on the motion to compel.

2) All discovery shall be served in time to be completed within **50 days** of entry of the court's order on the motion to compel.

3) All potentially dispositive motions shall be filed within **95 days** of entry of the court's order on the motion to compel. All motions to exclude testimony of expert witnesses pursuant to Federal Rules of Evidence 702, 703, or 705, Daubert v. Merrell Dow Pharmaceuticals, Inc., 509 U.S. 579 (1993), Kumho Tire Co. v.

Carmichael, 526 U.S. 137 (1999), or similar case law, shall be filed by the deadline set for dispositive motions.[1] In conjunction with any such motion to exclude expert testimony or response thereto, the parties shall include where available all materials associated with the challenged expert, including resumes, reports, depositions, and objections to qualifications.

4) All other terms and deadlines set by the court's case management orders entered November 14, 2023, as modified on January 25, 2024, not altered herein, remain in full force and effect.

SO ORDERED, this the 30th day of April, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge

---

[1] Given the court's specific directives expressed herein, allowance by the Local Civil Rules for filing of motions in limine in advance of trial does not provide a renewed opportunity in this case to file motions to exclude testimony of expert witnesses, absent showing that issues raised in motions in limine could not have been raised at the time of deadline for filing dispositive motions.