IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No.: 5:23-cv-00330-FL

| | |
|---|---|
| MUMINATOU BAH, | ) |
| *Plaintiff*, | ) **[PROPOSED] ORDER** |
| v. | ) |
| SAMPSON BLADEN OIL COMPANY, INC. D/B/A HAN-DEE HUGO'S, | ) |
| *Defendant*. | ) |

Upon consideration of Parties' Joint Motion to Modify Scheduling Order to Extend Deadline for Completion of Discovery, IT IS HEREBY ORDERED, that the Parties' Motion is GRANTED and the Parties shall have through October 18, 2024 to complete the two depositions and through November 20, 2024, to file dispositive motions referenced in the Parties' Motion.

**SO ORDERED**, this 25th day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge