IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CA No.: 5:23-cv-00330-FL

| | |
|---|---|
| MUMINATOU BAH, | ) |
| *Plaintiff*, | ) |
| v. | ) |
| | ) **ORDER** |
| SAMPSON BLADEN OIL COMPANY, INC. D/B/A HAN-DEE HUGO'S, | ) |
| *Defendant*. | ) |

Before the Court is Plaintiff's Unopposed Motion for Leave to Manually File Video Exhibit submitted in support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment. Dkt. 74-18 file sizes are too large to be submitted electronically.

For these reasons and for good cause shown, Plaintiff's Motion for Leave to Manually File Video Exhibit [Dkt. 75] submitted in support of Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment is GRANTED.

IT IS SO ORDERED.

This is the 17th day of January, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge