UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MUMINATOU BAH ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:23-CV-330-FL |
| SAMPSON BLADEN OIL COMPANY, ) | |
| INC, d/b/a Han-Dee Hugo's ) | |
|        Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 15, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on July 15, 2025, and Copies To:**
Hannah B. Simmons / Matthew Marlowe / Gilda Hernandez (via CM/ECF Notice of Electronic Filing)
Nathaniel Pencook / Phillip Strach / Jordan Alexander Koonts (via CM/ECF Notice of Electronic Filing)

July 15, 2025                  PETER A. MOORE, JR., CLERK

                                         /s/ Sandra K. Collins
                                        (By) Sandra K. Collins, Deputy Clerk